## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EWER DONALDO LOPEZ AGUSTIN, Individually and on behalf of all other employees similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>ABC Corp (Real Name Unknown), D/B/A Phil's II Sub Shop, Phil Arcuri, and Meny Perez<br><br>   Defendant. | CASE NO. 3:23-cv-04010-ZNQ-JBD<br><br><u>CIVIL ACTION</u><br><br>**STIPULATION OF DISMISSAL** |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that all claims are hereby dismissed with prejudice and without costs against any party.

| | |
|---|---|
| /s/ Yongjin Bae | /s/ Daniel S. Sweetser |
| Yongjin Bae, Esq. | Daniel S. Sweetser, Esq. |
| Hang & Associates, PLLC | Szaferman, Lakind, Blumstein & Blader, PC |
| 136-20 38th Avenue, Suite 10G | 101 Grovers Mill Road, Ste. 200 |
| Flushing, NY  11354 | Lawrenceville, NJ  08648 |
| 718-353-8588 | 609-275-0400 |
| *ybae@hanglaw.com* | *dsweetser@szaferman.com* |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| *Ewer Donaldo Lopez Agustin* | *Abys Pizza, LLC and Delfino M Cop Perez* |

**So Ordered this 25th day of January 2024.**

**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**

#6931731v1